■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL ROGERS, Also Known as KENNETH ROGERS, Appellant. — Judgment, Supreme Court, Bronx County (Loguen, J.), rendered on November 28, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Ross, J. P., Asch, Markewich, Bloom and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINDA FREEMAN, Appellant. — Judgment, Supreme Court, New York County (G. Roberts, J.), rendered on January 18, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Ross, J. P., Asch, Markewich, Bloom and Milonas, JJ.